John Francis WALKER,
Petitioner-Appellant,

v.

WARDEN, U. S. PENITENTIARY,
ATLANTA, GEORGIA,
Respondent-Appellee.

No. 78–1798.

United States Court of Appeals,
Fifth Circuit.

April 10, 1979.

Howard J. Manchel, Atlanta, Ga. (Court-appointed), for petitioner-appellant.

Nickolas P. Geeker, U. S. Atty., Pensacola, Fla., for respondent-appellee.

Before GEWIN, COLEMAN and GOLDBERG, Circuit Judges.

PER CURIAM:

This appeal was orally argued in New Orleans on November 9, 1978.

The opinion of the Court was published February 2, 1979, and is reported 588 F.2d 1090.

Walker's attack on the Rule 11 proceedings in his case was rejected and on that issue the judgment of the District Court was affirmed.

However, we entered a limited remand with the request that the District Court conduct a hearing as to a detainer discussed in the opinion.

We are now advised, in an order duly entered by the District Court on remand, that John Francis Walker died January 24, 1979.

The death of the petitioner-appellant before the release of our opinion on February 2, 1979, moots the appeal.

It is therefore ORDERED that our prior opinion in this case, having been released after the death of the petitioner-appellant (the death not having been made known to the Court) is vacated as moot and the appeal is likewise dismissed as moot.

VACATED and DISMISSED

For Mootness.